IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19–HC–2217–BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | ORDER |
| DANIEL H. LANE, JR., | ) | |
| Respondent. | ) | |

This matter is before the court on the government's motion to hold this case in abeyance pending disposition of United States v. Wayda, No. 19-7754, by the Fourth Circuit Court of Appeals. (DE # 13.) Respondent objects to the motion. (Id. at 4.) Upon reviewing the order, and subsequent appeal in Wayda, the motion is GRANTED. The Clerk is DIRECTED to terminate the 24 February 2020 hearing and hold all deadlines in abeyance. Within 10 days of the Fourth Circuit Court of Appeals' decision in Wayda, the parties are DIRECTED to file supplemental briefs regarding respondent's motion to dismiss.

This 11 February 2020.

W. Earl Britt
Senior U.S. District Judge